VESELL v. SCHREIBER.

(Supreme Court, Appellate Term.　June 6, 1907.)

COURTS—MUNICIPAL COURTS—DEFAULT—OPENING.

In an action in the Municipal Court, where defendant appeared on the return day, the jurisdiction of the court was complete, and the denial of plaintiff's motion to open his default upon the ground that the court was without jurisdiction was error.

Appeal from Municipal Court, Borough of Manhattan, Eleventh District.

Action by Albert Vesell against Ezekiel Schreiber.　From an order denying plaintiff's motion to open his default, he appeals.　Reversed.

Argued before GILDERSLEEVE, P. J., and FITZGERALD and GOFF, JJ.

Isadore M. Levy, for appellant.

Ignace Ircing Apfel, for respondent.

PER CURIAM.　The defendant having appeared upon the return day, the jurisdiction of the court was complete, and the denial of the motion to open the default upon the ground specified in the order, "that the court was without jurisdiction," was error.　Bevins & Rogers, App. Term Pr. c. 10, § 111; Elfenbein v. Rosenthal, 47 Misc. Rep. 380, 94 N. Y. Supp. 40; Droege v. Hertz et al. (Sup.) 95 N. Y. Supp. 570; Wolfert v. N. Y. City Ry. Co. (Sup.) 103 N. Y. Supp. 768.

Order reversed, with costs.